I'm advised by the clerk that all counsel are present who need to be present and so we will proceed. We have one motion Scheduled for argument this morning. This is in re Emmanuel Asare. Please begin counsel. Thank you Good morning, may it please the court. My name is Stephen Warshawski and I represent the petitioners the defendants below Who are seeking a writ of mandamus? Directing or rather overturning the district court's orders Directing the appointment of a court appointed expert witness Those orders were issued after the conclusion of the bench trial in this case sua sponte and in response to the defendants motion To strike the expert testimony of the government's retained expert If you look at the record we had a bench trial in October from October 15 to October 17 and at the conclusion of that trial the district judge issued an order that afternoon saying the evidentiary portion of the trial is Concluded and I'm ordering the parties to submit Post-trial briefing as to what has and has not been proven and so forth that very next day the defendants filed a motion to strike The expert testimony of the government's retained expert dr. Charles Flexner Which was offered in rebuttal and in recent then we briefed that motion But instead of ruling on that motion one way or the other the district court sua sponte issued an order to show cause under federal rule of evidence 70 706 a As to why the court should not appoint its own expert to opine on the exact same Subjects as dr. Flexner within the district courts discretion the district court feels that it needs expert advice rule The rules give it the authority to engage an expert as needed. How can we? Call that an abuse of discretion or a mandamus worthy order. Well The district court certainly has discretion ever under 706 a but it's not absolute and it's an abuse of discretion In this case for at least three reasons Number one because the order was issued after the conclusion of the bench trial after all the evidence had been submitted and so the judge recorded that if that's you know is assessing the evidence that she's received and Decides that she needs help because this is technical medical Matter about universal precautions and so on. Why does the timing of it make it be about put it beyond her discretion? Well because in this particular case the information the judge said she needed assistance with was the very testimony of the government's retained expert this was information that was offered in an impeachment and on rebuttal and was not central to any of the Reliability or damages issues in this case. What happened was we moved to strike that testimony and the the court appeared to say well Maybe I should find another way to get this testimony in and so the second reason why this is an abuse of discretion Is because the court appears to be using the bench to get involved in the presentation of evidence in Favor of the government in this case there's and that won't that be an adequate ground for appeal after after this is done Why would we intervene with a moment with a mandamus which is an extraordinary read? I've been on this bench 16 years in issue 2 so why would we do that? You've got an adequate remedy if if if you think that interfered and was an abuse of discretion at the time of the of the appeal well, it's Only it can unring the bell can't you it's not an adequate remedy in full because when the court appoints an expert it Requires the parties to pay for it, and this is your money back if we reverse You worried that the United States government will reimburse you what I I respectfully disagree I don't know what mechanism there would be for the defendant to get its money back if on appeal First court reversed that decision you don't know if you're gonna have to pay Do you? The court has indicated that both parties are participating in this process how much you're going to have to pay specifically no But we know we're going to have to pay a hundred bucks. Do you think you've got a chance of getting it back I? Didn't catch it was only a hundred dollars Well, that's really not the issue here. You're on at the issue, but it's a question. I asked well We don't know okay, so I guess you my own view is that would be an abuse of discretion wrong issue I think it would be an abuse of discretion for the district court to charge the government With the full or substantial cost for this court appointed expert So the government so the court is going to likely split the costs and those costs are going to be at least ten thousand dollars To each side no issue go ahead. I apologize um I understand your get your argument about abuse of discretion I'll get the argument about And on an element of unfairness in this because you then had to prepare your case Without knowledge of what this expert was going to say and you relied on Whatever the government's proffer from its expert was In fashioning your case, but at the end of the day. I guess I have the same question the judge Wesley has I don't see how Your entitlement to the relief you're seeking is clear and indisputable Well, which is you know the mandamus as you know is a high standard. I think what's unique about this case is Twofold that the order was issued at the conclusion of the trial after the district court itself recognized that all the evidence had been submitted and Intended to provide substitute testimony for the retained expert of the government and so in that case It's unfair, but why is this a proper subject of mandamus relief is the issue well the specific issue for? Mandamus is whether there is is harm that can't otherwise be remedied and the harm in this case is going to be the amount Of money that the defendant is going to have to pay for this because there is no mechanism Whereby that money will be reimbursed he could stay of the payment of that pending appeal Well the district court sua sponte has stayed the action below and no no no that's not what I asked you if you lose Here and you go back and and and the witness and and you go through it and the court then orders that you pay Could you seek a stay? well, I suppose you have to well I Think that would be a very difficult thing to do because the court appointed expert is Going to order us to pay it now It would be unusual for the judge to require a court-appointed expert to do work without getting paid And so we could refuse to pay it, but then we have a contempt problem. That's not a required prerequisite to seeking mandamus I'm sorry have you raised the payment issue I? Raised yes, we raised the payment issue in our objections to the original order to show cause in Substance that at a This shouldn't be done, but in any event The government should bear the entire cost If that's your principle, but we could we could take that position Then the government is simply going to argue that under the rule that would be an abuse of discretion This is a court-appointed expert This is not enough. This is as you suggest and you know we just getting a glimpse of the case is somewhat unorthodox Procedures so Distinguished member of the bar so you could fashion arguments that this cost should not should be borne by the government and then You know if you don't prevail We're always open for business Thank you. I think we have the arguments. We'll hear from the government. Thank you Good Morning your honors may please the court or us do chowdhury from the United States Attorney's Office on behalf of the United States In in this case the petitioner is seeking mandamus and the only irreparable harm that they have asserted is cost of litigation Which is never a irreparable harm and on that basis alone this court should deny Could you could you address the issue of costs though? I mean these could be significant costs We have no idea how much they're going to be counsel doesn't typically my understanding is that they are shared by the parties and You know if your adversary were to prevail later on with this argument that this it was an abuse of discretion What remedy does he have to recover those those costs which could be significant for an individual? So the the cost could be significant we I'm not sure at this point What the remedy may be given the fact that the district court can order the splitting of the fees in any particular way? however, if that is an order that is appealed by to this district to this circuit, then it should be This circuit should be able to address it in any way it sees fit including changing the order who is supposed to If I hear you correctly has no quarrel with the proposition that all the fees can be shifted to the government Depending on how the the order is structured and how things transpire As an abstract principle I don't see it with all the caveats that can come from the Application of an abstract principle to a specific set of facts. No, the government doesn't doesn't well the question It's a simple question if the judge were to split the fee and I don't blame your opponent for complaining. I mean, he's He's got a client and he doesn't want to have to have his client pay those fees I don't I don't blame them all for being upset about it, especially since it's your Your expert that seems to have generated the need for this now wait, I'll meet take it easy. Take it easy All right, I could see So say the district court says 50-50 50 and we and it comes up here and this court says no that was an abusive discretion It should all lie in the government's a it was an abusive discretion order the expert and B All the costs should lie with the government Do are you of the view that we're without the authority to do that? No I think are you of the view that the government somehow has the ability to resist our word or directing you to reimburse? Your opponent for 50% of the experts fees short of some sort of legal error. No But I do want The court Went down this road without any Request of pressure from the government. Is that right? Correct your honor and and tell me again what happened to your expert at trial. So The case concerns title 2 of the ADA and the government has asserted a claim that the defendants have employed an exclusionary criteria in violation of the ADA in in the course of We presented our evidence In our case-in-chief another background just So the our expert was held in for rebuttal the defendants defendant doctor Provided testimony, which was effectively expert testimony that we had not been disclosed to us Our expert was in the room listened to that testimony and proceeded to take the stand to take issue with Statements the testimony that the defendant had made on direct and cross We would held him in abeyance specifically for that purpose And that's what he testified to after the close of discovery what I mean, sorry after the close of evidence of trial the defendant made a Motion to strike that testimony as not being disclosed ahead of time. We have you know, our opposition papers and It was not granted. There was no that that yeah, that motion has been held in abeyance and To address this particular topic first, so pending decision on that motion record has Appointed or Plans to appoint plans to appoint and issued in order to show cause why she should not appoint an expert under 706 to give her guidance about the issues that were debated between the plaintiffs Expert or So the procedural posture is that we have two sets of expert statements that are being made and the and the court hasn't ruled whether our expert is getting excluded or not, but the district court has now It's planning to appoint a 706 expert in order to provide testimony on the topics in which there is discriminant It's about blood tests universal precautions As to whether the the defendant had imposed a discriminatory practice to identify HIV positive individuals to then refuse to treat them and and asserted that it was good medical practice to do so to test the blood and and testified to that effect and Identified a standard then your fellow gets on the standard your witness gets on the stand and says no That's not the standard anymore because of precautions that can be taken with regard to surgery the blood typing and the presence of HIV or HIV antigens are are no longer Relevant with regard to invasive surgery the type of surgery that the plastic surgery must be performed, correct? Correct. All right If the court has no other questions for me Very good. I think we have the arguments will reserve decision. Thank you. Thank you. Thank you both. Thank you both Thank you